## LYLE *vs.* CLANTON.

1. A mortgage *fi. fa.* against one Mansfield contained the following description of the property covered by the mortgage: "Also the original stock of him, said Mansfield, of ten thousand dollars, in the Oakly Mills Manufacturing Company's property, to-wit: Lands and machinery of every description, the property of William J. Mansfield, deceased, in the hands of William T. Winn, administrator, to be administered:"

*Held,* that such *fi. fa.* authorized a levy upon the stock of the defendant, but not upon the lands of the company; and upon the trial of a claim case arising under such a levy, the rejection of the *fi. fa.* from evidence and the dismissal of the levy were right.

2. To prove "by parol that the land claimed was a portion of the land mentioned in the mortgage *fi. fa.*" was irrelevant, the *fi. fa.* not being against the land of the company.

Judgment affirmed.

February 19, 1884.

JACKSON, Chief Justice.